UNITED STATES of America
Plaintiff—Appellee,

v.

Nathan CARTER Defendant—
Appellant.

No. 99–5667.

United States Court of Appeals,
Sixth Circuit.

May 2, 2001.

Before NORRIS and COLE, Circuit Judges; and STEEH, District Judge.\*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral

\* The Honorable George C. Steeh, U.S. District Judge for the Eastern District of Michigan

argument of the parties, and upon due consideration thereof, the court finds that there is substantial evidence to support the verdict of the jury and that no prejudicial error has intervened in the judgment and proceedings in the district court.

Accordingly, it is ORDERED that the judgment of the district court be and it hereby is affirmed.